UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**TIMOTHY C. NIXON**,

    Plaintiff,

vs.

Case No. 1:08-cv-935
Hon. Robert J. Jonker

**MICHIGAN DEPARTMENT OF NATURAL RESOURCES**,

    Defendant.
_____/

| | |
|---|---|
| LAW OFFICES OF<br>KATHLEEN L. BOGAS, PLLC<br>Kathleen L. Bogas (P25164)<br>Brian E. Koncius (P69278)<br>Attorneys for Plaintiff<br>31700 Telegraph Road, Suite 160<br>Bingham Farms, MI  48025<br>(248) 502-5000<br>office@kbogaslaw.com | Yasmin J. Elias (P54810)<br>Assistant Attorney General<br>Attorney for Defendant<br>PO Box 30736<br>Lansing, Michigan 48909<br>517.373.6434<br>eliasy@michigan.gov |

_____/

**STIPULATED ORDER FOR
INDEPENDENT MENTAL EXAMINATION**

PRESENT:   HON. HUGH W. BRENNEMAN, JR.
                U.S. MAGISTRATE JUDGE

     The parties having stipulated and agreed that Plaintiff, Timothy C. Nixon, be required to undergo a mental examination;

     IT IS HEREBY ORDERED that Plaintiff, Timothy C. Nixon, submit to a mental examination to be conducted by duly certified psychiatrist, Dr. Gerald Shiener, at a time and date to be agreed upon by the parties.

IT IS FURTHER ORDERED that Plaintiff's attorney may be present during said examination, if desired.

IT IS FURTHER ORDERED that counsel for both parties will jointly prepare and submit an agreed upon Protective Order regarding the Independent Mental Examination.

```
   The hearing scheduled for May 21, 2009 at 2:00 pm is CANCELLED.
```

/S/ Hugh W. Brenneman, Jr.
Hugh W. Brenneman, Jr.
U.S. Magistrate Judge

APPROVED AS TO FORM AND SUBSTANCE:


*s/Brian E. Koncius (w/consent)*
Brian E. Koncius (P69278)
Attorney for Plaintiff


*s/Yasmin A. EliasI*
Yasmin A. Elias (P54810)
Assistant Attorney General
Attorney for Defendant

2